1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT**

| | |
|---|---|
| ROBERTO LAGUNAS,      )<br>          Petitioner,   )<br>                  )<br>   v.                )<br>WARDEN,            )<br>         Respondent.  )<br>                  ) | Case No. CV 07-4852-DOC (JWJ)<br><br>**ORDER TO SHOW CAUSE** |

On October 2, 2007, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.  On October 4, 2007, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by October 18, 2007."  To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen days from the date of this Order** to either show cause why he has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus or file an

1   Opposition to respondent's Motion to Dismiss.  If petitioner does not file an

2   Opposition to the Motion to Dismiss or show reasonable cause for his failure

3   to do so within fourteen days of the date of this Order, the Court will deem

4   this matter under submission and will rule on respondent's Motion to

5   Dismiss.

6   DATED:  January 14, 2008

7

8                                             /s/
                                    JEFFREY W. JOHNSON
9                                   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2