1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROBERTO LAGUNAS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>    Respondent. | Case No. CV 07-4852-DOC (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE STATUS REPORT** |

In a Minute Order dated November 21, 2008 ("11/21/08 Order"), the Court ordered petitioner to file a "Status Report" regarding the status of petitioner's petition in the Ninth Circuit Court of Appeals within sixty (60) days. Petitioner's Status Report was due on January 21, 2009.

To date, petitioner has not filed a Status Report as ordered by the Court in the 11/21/08 Order.

## ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1) Petitioner shall have **fourteen (14) days from the date of this**

|   |   |   |
|---|---|---|
| 1 |  | **Order** to show cause why petitioner has failed to file a Status |
| 2 |  | Report as ordered in this Court's 11/21/08 Order; <u>or</u> |
| 3 | (2) | Petitioner shall within **fourteen (14) days of the date of this** |
| 4 |  | **Order** file a Status Report, as ordered by the Court in its 11/21/08 |
| 5 |  | Order. The Status Report shall state the status and progress of |
| 6 |  | petitioner's compliance with this Court's 11/21/08 Order. A copy |
| 7 |  | of the Court's 11/21/08 Order is attached. |

If petitioner fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. <u>See</u> Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; <u>see also</u> <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); <u>Yourish v. California Amplifier</u>, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: March 18, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge

- 2 -