# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LAGUNAS,<br><br>        Petitioner,<br><br>    v.<br><br>ACTING WARDEN ISP,<br><br>        Respondent. | Case No. CV 07-4852-DOC (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 21, 2010

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE